STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DELIA GUZMAN BATEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIELLE LEHMAN, Acting Director of the San Francisco, California Asylum Office, United States Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | C 4:22-cv-03988 DMR <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

      The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 28, 2022. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

      Plaintiffs filed this mandamus action seeking adjudication of their I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiff for August 29, 2022. USCIS will work diligently towards completing adjudication of the I-589 application, absent unforeseen or exceptional circumstances that

would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 28, 2022, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: August 31, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 29, 2022

 /s/ Ashley A. Byers
ASHLEY A. BYERS
FERNANDA C. BUSTAMANTE
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 1, 2022

DONNA M. RYU
United States Magistrate Court Judge