STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DELIA GUZMAN BATEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIELLE LEHMAN, Acting Director of the San Francisco, California Asylum Office, United States Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | 4:22-cv-03988 DMR <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys submit this joint status report regarding adjudication of Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") is finalizing its adjudication and expects to issue a decision soon.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 12, 2022, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Joint Status Report & Stip to Stay Proceedings
4:22-cv-03988 DMR                                    1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: October 28, 2022					Respectfully submitted,

							STEPHANIE M. HINDS
							United States Attorney

							 /s/ Elizabeth D. Kurlan
							ELIZABETH D. KURLAN
							Assistant United States Attorney
							Attorneys for Defendants

Dated: October 28, 2022

							 /s/ Ashley A. Byers
							ASHLEY A. BYERS
							FERNANDA C. BUSTAMANTE
							Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 31, 2022

							IT IS SO ORDERED
							Judge Donna M. Ryu

							_____
							DONNA M. RYU
							United States Magistrate Court Judge

Joint Status Report & Stip to Stay Proceedings
C 4:22-cv-03988 DMR					2